pwG

12/21/16
UNSEALED PER ORDER OF COURT ~~SEALED~~

FILED

DEC 12 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. _____ '16MJ3811 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | Title 18 U.S.C. § 2252(a)(2) – Distribution of Images of Minors Engaged in Sexually Explicit Conduct |
| CHRISTIAN CLEWS, | ) | |
| Defendant. | ) | Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count One

On or about and between May 17, 2015, and November 19, 2015, within the Southern District of California, defendant CHRISTIAN CLEWS did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count Two

On or about October 28, 2016, within the Southern District of California, defendant CHRISTIAN CLEWS did knowingly possess one or more matters, that is, computer hard drive(s) and computer media containing digital and computer images that had been mailed, shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using

1   materials which have been mailed, shipped and transported in interstate and foreign

2   commerce, by any means including by computer, the production of which involved the use

3   of a prepubescent minor or a minor who had not attained 12 years of age engaging in

4   sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and

5   which visual depictions were of such conduct; in violation of Title 18, United States Code,

6   Section 2252(a)(4)(B).

7          And the complainant states that this complaint is based on the attached Statement

8   of Facts incorporated herein by reference.

9
                                          _____
10                                        Special Agent William Thompson
                                          Homeland Security Investigations
11

12          Sworn to me and subscribed in my presence this 12 day of December, 2016.

13
                                          _____
14                                        Hon. Louisa S. Porter
                                          United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STATEMENT OF FACTS

On or about October 15, 2014, the National Center for Missing and Exploited Children (NCMEC) sent CyberTipline report 2847020 to the San Diego Internet Crimes Against Children (ICAC) Task Force. NCMEC CyberTipline report 2847020 documented Synchronoss Technologies became aware of two (2) image files depicting suspected child pornography which were uploaded by an individual utilizing a cellular phone associated with telephone number (858) 688-5022. Synchronoss Technologies identified September 25, 2014, as the incident date associated with this upload. Homeland Security Investigations (HSI) Special Agent (SA) William Thompson reviewed the uploaded files and verified one (1) of the images depicts child pornography, file name and description as follows:

| File Name | Description |
|---|---|
| 1fc715da53b7490b84048ec2c127d356_file1 | This image depicts a minor girl orally copulating an adult male. |

On November 20, 2014, SA Thompson submitted a Department of Homeland Security (DHS) Summons to Verizon Wireless for telephone number (858) 688-5022 for the period of August 1, 2014, to November 17, 2014. Verizon Wireless responded and provided the following subscriber information in summary:

Business Name: Clews Horse Ranch

Address: 11500 Clews Ranch Road, San Diego, CA 92130

Contact: Christian CLEWS

Address: 11500 Clews Ranch Road, San Diego, CA 92130

Effective Date: 04/19/06

On or about October 14, 2015, the NCMEC sent CyberTipline report 6689755 to the San Diego ICAC Task Force. NCMEC CyberTipline report 6689755 documented Synchronoss Technologies became aware of one (1) image file depicting suspected child pornography which was uploaded by an individual utilizing a cellular phone associated

with telephone number (858) 688-5022. Synchronoss Technologies identified September 30, 2015, as the incident date associated with this upload. SA Thompson reviewed the uploaded file and verified it depicts child pornography, file name and description as follows:

| File Name | Description |
| --- | --- |
| 1fc715da53b7490b84048ec2c127d356_file1 | This image depicts two (2) partially nude minor girls who are seated wearing only underwear which is pulled down to just above their knees with their vaginas exposed. |

On January 26, 2016, SA Thompson submitted a DHS Summons to Verizon Wireless for telephone number (858) 688-5022 for the period of November 1, 2015, to present (legal service receipt date). Verizon Wireless responded and verified the same subscriber information as previously documented in this Statement of Facts.

Law enforcement records checks revealed Christian CLEWS identified 11500 Clews Ranch Road, San Diego, CA 92130 as his address to the California Department of Motor Vehicles (DMV) on July 9, 2012, the application date for his current driver's license.

On February 4, 2016, Superior Court Judge Jeffrey Fraser signed State of California, County of San Diego search warrant 51104 for Synchronoss Technologies and account data associated with wireless telephone number (858) 688-5022. Subsequent review of data produced by Synchronoss Technologies by SA Thompson revealed multiple child pornography image and video files. The following are examples of three (3) child pornography videos discovered within the account data provided by Synchronoss Technologies which were identified as being sent from the (858) 688-5022 account to different telephone numbers:

| File Name | Description | Date Sent: |
|---|---|---|
| 0edc6b14-ca81-4a67-85c4-96880c38c8ce.mp4 | This video depicts an adult female inserting a phallic device into and orally copulating the vagina of a prepubescent girl. | November 19, 2015 |
| c43be746-a888-410c-a5a9-aee1363aa75d.mp4 | This video depicts a nude pubescent female placing her vaginal area on a prepubescent boy's genital region and her exposed breasts near the child's mouth. Within this video, the female also places her mouth on or near the child's genitals. | November 8, 2015 |
| cbe9e1f4-c188-4369-bd86-bab507d80013_001.mp4 | This video depicts an adult female orally copulating and touching the vagina of a prepubescent girl. | November 1, 2015 |

On October 24, 2016, Magistrate Judge Jan M. Adler signed United States District Court, Southern District of California search and seizure warrant 16MJ3320 for 11500 Clews Ranch Road, San Diego, CA 92130.

On October 28, 2016, investigators executed search warrant 16MJ3320 at 11500 Clews Ranch Road, San Diego, CA 92130 and encountered CHRISTIAN CLEWS and his minor aged son. On this date, post-Miranda, CHRISTIAN CLEWS admitted to possessing and distributing child pornography.

On October 28, 2016, investigators seized various electronic devices from CHRISTIAN CLEWS and his residence. Subsequent examination and review revealed numerous child pornography image and video files on multiple electronic devices seized from CHRISTIAN CLEWS. The following are three (3) examples out of approximately one hundred child pornography videos which were discovered on a Dell desktop computer

seized from CHRISTIAN CLEWS office at 11500 Clews Ranch Road, San Diego, CA 92130:

| File Name | Description |
|---|---|
| VID_20150705_091131.mp4 | This video depicts a prepubescent girl who is nude below the waist and seated in a chair. Within this video, the girl allows a dog to lick her vaginal area. |
| e419d4e5-a137-4a0b-9f32-b31912db7be8_001.mp4 | This video depicts an adult female orally copulating a semi-nude prepubescent toddler aged boy. |
| 2012 8yo NattyDatty Cum on pussy after playing with it_xvid_001.mp4 | This image depicts an adult male inserting and moving his erect penis around the exposed vagina of a semi-nude prepubescent girl who is laying on her back. |

The Dell desktop computer was not manufactured in California and would necessarily have been mailed, shipped and transported using a means or facility of interstate and foreign commerce. In addition, the internet is a means and facility of interstate and foreign commerce.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.