DIOCESE OF SAN DIEGO



June 19, 2017

```
FILED
JUN 2 2 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY
```

NUNC PRO TUNC

JUN 1 9 2017

Hon. Andrew G. Shopler, Magistrate
United States District Court
221 West Broadway, Suite 5160
San Diego, CA 92101

Office for Civil Affairs

Re: U.S. v. Christian Clews, Case No. 17CR0145DMS

Dear Judge Schopler:

As general counsel for the Roman Catholic Diocese of San Diego and its member parishes, including St. Therese of Carmel Parish, I write in response to the Court's interim order of July 13, 2017 in the above-referenced matter.[1] The order states that, if Mr. Clews elects to attend Mass at St. Therese Parish, he must be accompanied by a member of the Parish staff (or someone else approved by Pre-Trial Services) whenever he is walking on church grounds, including when he walks to and from the parking lot shared with Notre Dame Academy. This precautionary measure was apparently based upon a procedure informally and temporarily adopted by the Parish to accommodate the concerns of members of the Parish and NDA communities. The order invites the parties to submit further briefing on whether the Court may impose further precautionary restrictions on Mr. Clews' mass attendance.

The Diocese and Parish have thus far refrained from asserting a formal legal position in this matter, because we appreciate the difficulties inherent in balancing the strong, competing interests involved with Mr. Clews' religious observance during the pendency of the U.S. District Court case. However, we do strenuously object to any order which would impose a formal duty on the Parish or Diocese to provide an escort or security service for Mr. Clews during his visits to St. Therese Parish, or any other parish of the Diocese. Such an order would impose on the Parish and Diocese (the latter as property owner) a significantly higher standard of care with respect to the safety and security of Mr. Clews while on Parish grounds, as well as possible increases in employee working hours and compensation, especially on Sunday mornings, when parish on-site staff are extremely limited.

---

[1] The OCA does not represent Notre Dame Academy, which is a private Catholic elementary school owned and operated by the Union Chretienne de St. Chaumond, a pontifical religious institute.

Hon. Andrew G. Schopler
Re: U.S. v. Christian Clews
June 19, 2017
Page 2


If the Court believes that, during the pendency of his case, Mr. Clews should be accompanied by one or more adults while attending Mass (a position the Diocese believes is reasonable), the Diocese and Parish respectfully submit the duty to provide and pay for such a service should be borne by Mr. Clews. This has been done successfully in the past by other parishioners subject to court restrictions, and we see no reason why it could not be done in this case.

Very truly yours,

*William Nolan* [signature]

William M. Nolan
General Counsel/Director, Office for Civil Affairs

Cc:   Renee Green, Esq.
      Gina Rochelle Tennen, Esq.
      Lindsey Bronwyn Mercer, Esq.
      Jennifer J. Wirsching, Esq.
      Hamilton E. Arendsen, Esq.