DIOCESE OF SAN DIEGO



Office for Civil Affairs

June 28, 2017

Hon. Andrew G. Schopler, Magistrate
United States District Court
221 West Broadway, Suite 5160
San Diego, CA 92101

Re:   U.S. v. Christian Clews, Case No. 17CR0145DMS

Dear Judge Schopler:

The Diocese of San Diego and St. Therese of Carmel Parish have received a copy of the Court's Amended Pre-Trial Release Order dated June 26, 2017 in the above-referenced matter. Paragraph 1.b. of the Order requires Mr. Clews to be accompanied by an "Approved Person" while on the Parish campus. "Approved Person" is defined as "…a member of the Church staff or a non-family member approved by Pretrial Services." This letter will respectfully advise the Court and all counsel listed below that the Parish will no longer provide a member of its staff to accompany Mr. Clews on campus after the 11:00 a.m. mass on Sunday, July 2, 2017. In addition, the Parish and Diocese respectfully deny any responsibility for monitoring Mr. Clews' compliance with the Court's order.

Very truly yours,

William M. Nolan
General Counsel/Director, Office for Civil Affairs

Cc:   Renee Green, Esq.
      Gina Rochelle Tennen, Esq.
      Lindsey Bronwyn Mercer, Esq.
      Jennifer J. Wirsching, Esq.
      Hamilton E. Arendsen, Esq.



FILED

JUL 0 6 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY