

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

JAN 05 2021

FILED   1|5|21
DOCKETED   1|6|21
DATE          INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 12. Application for Leave to File Second or Successive Petition under 28 U.S.C. § 2254 or Motion under 28 U.S.C. § 2255

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form12instructions.pdf*

9th Cir. Case Number *(to be provided by court)* __  _21-70020_

Applicant Name  _Christian Clews_

Prisoner Registration Number  _60037-298_

Address  _P.O. Box 9000_

_Seagoville, TX 75159-9000_

Name of Respondent (Warden)  _Zook_

## You MUST answer the following questions:

(1) What conviction(s) are you challenging?

Challenging sentences on count 1, 18 U.S.C. §2252(a)(2) distribution of child pornography, and count 2, 18 U.S.C. §2252(a)(4)(B) possession of same

(2) In what court(s) were you convicted of these crime(s)?

Southern District of California, San Diego

(3) What was the date of each of your conviction(s) and what is the length of each sentence?

February 13, 2018, concurrent sentences of 210 months

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 12**                    *1*                    *Rev. 12/01/18*

**For questions (4) through (10), provide information separately for each of your previous §§ 2254 or 2255 proceedings. Use additional pages if necessary.**

(4) Has the judgment of your conviction or sentence been modified or amended? If yes, when and by what court?

Amended June 7, 2019 by same Court after unopposed §2255 ⌐
_____

_____

(5) With respect to **each** conviction and sentence, have you ever filed a petition or motion for habeas corpus relief in federal court under **28 U.S.C. § 2254 or § 2255?**

Yes ☒   No ☐

   (a) In which federal district court did you file a petition or motion?

     Southern District of CA, San Diego
     _____

   (b) What was the docket number?

     3:17-CR-00145-DMS-1, docket #130
     _____

   (c) On what date did you file the petition/motion?

     November 9, 2018
     _____

(6) What grounds were raised in your previous habeas proceeding?
    *(list all grounds and issues previously raised in that petition/ motion)*

Prosecution presented evidence it should have known was erroneous regarding
_____

the age of an alleged victim, who was in fact over the age of 18.
_____

_____

(7) Did the district court hold an evidentiary hearing?   Yes ☐   No ☒

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 12              2              *Rev. 12/01/18*

(8) How did the district court rule on your petition/motion?

☐ District court **dismissed** petition/motion. If yes, on what grounds?

_____

☐ District court **denied** petition/motion.

☒ District court **granted** relief. If yes, on what claims and what was the relief?

granted on only claim presented, relief was resentencing

_____

(9) On what date did the district court decide your petition/motion?

November 13, 2018

_____

(10) Did you file an appeal from that disposition?   Yes ☐   No ☒

(a) What was the docket number of your appeal?

_____

(b) How did the court of appeals decide your appeal?

_____

(11) State concisely each and every ground or issue you wish to raise in your current petition or motion for habeas relief. Summarize briefly the facts supporting each ground or issue.

Ineffective assistance of counsel relating to failure to object to some facts

presented at resentencing on amended judgement, which occurred after first

§2255 was granted.

_Feedback or questions about this form? Email us at forms@ca9.uscourts.gov_

**Form 12**                                   3                                   _Rev. 12/01/18_

(12) For each ground raised, was it raised in the state courts? If so, what did the state courts rule and when? *(Attach a copy of all relevant state court decisions, if available)*

Not applicable as all counts are federal charges.

(13) For each ground/issue raised, was this claim raised in any prior federal petition/motion? *(list each ground separately)*

No

(14) For each ground/issue raised, does this claim rely on a new rule of constitutional law? *(list each ground separately and give case name and citation for each new rule of law)*

No

(15) For each ground/issue raised, does this claim rely on newly discovered evidence? What is the evidence and when did you discover it? Why has this newly discovered evidence not been previously available to you? *(list each ground separately)*

No

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 12**                                      4                                 *Rev. 12/01/18*

(16) For each ground/issue raised, does the newly discovered evidence establish your innocence? How?

No

(17) For each ground/issue raised, does the newly discovered evidence establish a federal constitutional error? Which provision of the Constitution was violated and how?

No

(18) Provide any other basis for your application not previously stated.

Please see attachment: Form 12, Item 18).

Signature *Christian Cleuss*          Date 12-28-20

**In capital cases only**, proof of service on respondent MUST be attached. **A sample proof of service is attached to this form.**

**Attach proposed section 2254 petition or section 2255 motion to this application.**

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 12**                              5                              *Rev. 12/01/18*

## FORM 12, Item 18

On October 5, 2020, I filed a §2255 motion supported by grounds relating to
ineffective assistance of counsel which occurred at my June 6, 2019 resentencing.
This motion was rejected for filing on the grounds that a §2255 motion was
previously filed.  See docket #187 in 3:17-cr-00145-DMS-1.  However, under
**Stewart v. Martinez-Villareal**, 523 U.S. 637 (1998), my petition is not
technically "second or successive" because I could not have raised these
claims in my first petition, as the resentencing happened as a result of my
first petition being granted.  Further, I never waived my right to bring claims
of ineffective assistance in my plea deal.  Also, motions under §2255 challenge
a federal "sentence."  28 U.S.C. §2255; **United States v. Johnson**, 2020 U.S. Dist.
LEXIS 39600 (N. Dist. CA Mar. 6, 2020).  Thus, this petition is the first to
attack my current, amended sentence.  I ask this Court to grant permission
to file this motion as a first-time petition in the District Court, not as a
second or successive motion as the Court previously determined.


### ATTACHMENT

CHRISTIAN Q. CLEWS
NAME OF MOVANT
60037-298
PRISON NUMBER

FCI SEAGOVILLE
PLACE OF CONFINEMENT

PO BOX 9000, Seagoville, TX 75159-9000
ADDRESS

# United States District Court
# Southern District Of California

| UNITED STATES OF AMERICA | Civil No. 3:17-cr-00145-DMS-1 |
| | (TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT) |
| v. | |
| CHRISTIAN Q. CLEWS , | **MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |
| (NAME UNDER WHICH MOVANT WAS CONVICTED) | |
| **Movant** | UNDER 28 U.S.C. § 2255 |
| | BY A PERSON IN FEDERAL CUSTODY |

1. Information regarding judgment of conviction under attack:

   (a) Name and location of court which entered the judgment of conviction you are challenging:
   Southern District of California, San Diego

   (b) Name of Judge who entered the judgment of conviction (if you know):

   (c) Criminal case number of conviction (if you know): 3:17-cr-00145-DMS-1

2. Date of judgment of conviction:

3. Length of sentence: 168 Months

4. Nature of offense involved (all counts) One count of possession of child pornography

§ 2255 SDForm–(Rev. 10/15)

in violation of 18 U.S.C. §2252(a)(4)(B); one count of distribution under §2252(a)(2).

_____

5. What was your plea? (CHECK ONE)

   (a)  Not guilty                          ☐
   (b)  Guilty                              ☒
   (c)  Nolo contendere (no contest)        ☐

   It you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

      ☐  Jury              ☐  Judge only

7. Did you testify at the trial?

   ☐ Yes  ☐ No

8. Did you appeal from the judgment of conviction?

   ☒ Yes  ☐ No

9. If you did appeal, answer the following:

   (a)  Name of court  U.S. Court of Appeals for the Ninth Circuit
   (b)  Case Number (if known)  19-50205
   (c)  Result  Yet to be decided/Pending
   (d)  Date of result (if known) _____
   (e)  Grounds raised:  Errors related to sentencing hearing.

   _____

   _____

   _____

   (f)  Did you file a petition for certiorari in the United States Supreme Court?
        ☐ Yes  ☒ No
        If "Yes," answer the following:

(1) Case number (if you know: _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Grounds raised: _____

_____

_____

_____

_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

☐ Yes   ☒ No

11. If your answer to 10 was "Yes," give the following information:

(a)(1) Name of court _____

(2) Case number (if you know): _____

(3) Nature of the proceeding: _____

(4) Grounds raised: _____

_____

_____

_____

(5) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes  ☐ No

(6) Result: _____

(7) Date of result (if you know): _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Case number (if you know): _____

(3) Nature of the proceeding: _____

(4) Grounds raised: _____

_____

_____

_____

(5) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes  ☐ No

(6) Result: _____

(7) Date of result (if you know): _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
 (1) First petition, etc.   ☐ Yes  ☐ No

 (2) Second petition, etc.  ☐ Yes  ☐ No

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same. CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:  INEFFECTIVE ASSISTANCE RELATING TO PLEA DEAL NEGOTIATION
_____

(a) Supporting FACTS (state *briefly* without citing cases or law)  Counsel negotiated a deal which provided no benefit to Defendant. Defendant pleaded to all charges and was able to preserve NONE of his rights and received no consideration for such. An effective counsel, upon advising a guilty plea to all charges would have negotiated a sentencing range under Rule 11(c)(1)(c) or, failing that, would have preserved Defendant's rights to appeal errors at sentencing given the strategic importance of such actions once Defendant had pleaded to all counts of the indictment.
_____
_____
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

          ☐ Yes  ☒ No

    (2)   If you did not raise this issue in your direct appeal, explain why:  <u>Ineffective</u>
       <u>assistance claims are properly raised in collateral motions.</u>

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition or application?

          ☐ Yes  ☒ No

    (2)  If your answer to (c)(1) is "Yes," state:

       Type of motion or petition: _____
       Name and location of court where motion or petition was filed: _____
       Case number (if you know): _____
       Date of the court's decision: _____
       Result (attach a copy of the court's opinion or order, if available): _____

    (3)  Did you receive a hearing on your motion, petition or application?

          ☐ Yes  ☐ No

    (4)  Did you appeal from the denial of your motion, petition, or application?

          ☐ Yes  ☐ No

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          ☐ Yes  ☐ No

    (6)  If your answer to Question (c)(4) is "Yes," state:

       Case number (if you know): _____
       Date of court's decision: _____
       Result (attach a copy of the court's opinion, if available): _____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal

or raise this issue: _____

_____

_____

_____

**GROUND TWO:** ___THE PLEA WAS NOT KNOWING AND VOLUNTARY_____

_____

_____

(a) **Supporting FACTS** (state *briefly* without citing cases or law): _Defendant has a learning disability and is unfamiliar with legal procedure. When signing his plea deal, he did not understand he was foregoing his rights to appeal errors at sentencing, as he did not understand he could prospectively waive rights to challenge errors that had not yet occurred._

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes  ☒ No

    (2)  If you did not raise this issue in your direct appeal, explain why: _This issue is more properly raised in collateral motions._

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition or application?

        ☐ Yes  ☒ No

    (2)  If your answer to (c)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of court where motion or petition was filed: _____

        Case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)   Did you receive a hearing on your motion, petition or application?

☐ Yes   ☐ No

(4)   Did you appeal from the denial of your motion, petition, or application?

☐ Yes   ☐ No

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

☐ Yes   ☐ No

(6)   If your answer to Question (c)(4) is "Yes," state:

Case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion, if available): _____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** Prosecution misled or lied about victim's facts and statements.

_____

(a)   **Supporting FACTS** (state *briefly* without citing cases or law): Counsel did not address

that in Mr. Green's interview with ████████ ████████, M██████ told Mr. Green that

her first dog love was at 16 with Fassco who is Cara Hammer's dog. Cara was 22

at the time they started having sex with Fassco and each other. I do not have

a fixation with bestiality. The women involved were engaged in this activity

prior to me.

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes  ☐ No

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

        _____

        _____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition or application?

        ☐ Yes  ☐ No

    (2)  If your answer to (c)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of court where motion or petition was filed: _____

        Case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

        _____

    (3)  Did you receive a hearing on your motion, petition or application?

        ☐ Yes  ☐ No

    (4)  Did you appeal from the denial of your motion, petition, or application?

        ☐ Yes  ☐ No

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        ☐ Yes  ☐ No

    (6)  If your answer to Question (c)(4) is "Yes," state:

        Case number (if you know): _____

        Date of court's decision: _____

        Result (attach a copy of the court's opinion, if available): _____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

        _____

        _____

        _____

**GROUND FOUR:** _____

_____

_____

(a) **Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes  ☐ No

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition or application?

        ☐ Yes  ☐ No

    (2)  If your answer to (c)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of court where motion or petition was filed: _____

        Case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3)  Did you receive a hearing on your motion, petition or application?

        ☐ Yes  ☐ No

    (4)  Did you appeal from the denial of your motion, petition, or application?

        ☐ Yes  ☐ No

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

☐ Yes   ☐ No

(6)   If your answer to Question (c)(4) is "Yes," state:

Case number (if you know): _____
Date of court's decision: _____
Result (attach a copy of the court's opinion, if available): _____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds were not presented, and what are your reasons for not presenting them: _Both grounds are presented first in this motion as they are issues properly litigated on collateral review, and this is Defendant's FIRST §2255 motion._

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
☒ Yes   ☐ No

If "Yes," state the name and location of the court, the case number, the type of proceeding and the issues raised: _Ninth Circuit Court of Appeals; Docket N° 19-50205 ; Direct Appeal; various errors related to sentencing._
_____
_____

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)  At preliminary hearing _Hamilton Arrensen and Lindsey Mercer_
_____

(b)  At arraignment and plea _Gine Tennen and Jenniver Winesching_
_____

(c)  At trial __
_____

(d)  At sentencing _Devin Burstein_
_____

(e)  On appeal _Mark Eibert_
_____

(f)  In any post-conviction proceeding _____
_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes   ☐ No

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?
☐ Yes   ☒ No
(a) If so, give name and location of court which imposed sentence to be served in the future: ____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes   ☐ No

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C. § 2255 does not bar your motion.

My direct appeal has not been adjudicated and thus my sentence is not yet "final".

_____

_____

_____

_____

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*Sept. 25, 2020*
(DATE)

*Christian Cleus*
SIGNATURE OF PETITIONER

§ 2255 SDForm--(Rev. 10/15)                    -11-