**ZANDRA L. LOPEZ**
California State Bar No. 216567
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 17CR0145-DMS |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| CHRISTIAN CLEWS, | |
| Defendant. | |

Notice is hereby given by Zandra Lopez, that he is no longer counsel on this matter and, therefore, should be terminated as Attorney to be noticed.

                                      Respectfully submitted,

Dated: May 9, 2022              *s/ Zandra L. Lopez*
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
                                      Email: Zandra_Lopez@fd.org